## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BAKARY SISSOKO,                                )
                                               )
                                               )         3:26-CV-01081-MJH
             Petitioner,                        )
                                               )
      vs.                                       )
                                               )
LEONARD ODDO, FACILITY                          )
ADMINISTRATOR (WARDEN) OF                        )
MOSHANNON VALLEY PROCESSING                      )
CENTER; DAVID O'NEILL, ACTING
FIELD OFFICE DIRECTOR,
PHILADELPHIA FIELD OFFICE
IMMIGRATION AND CUSTOMS
ENFORCEMENT; MARKWAYNE
MULLIN, SECRETARY U.S.
DEPARTMENT OF HOMELAND
SECURITY; AND TODD BLANCHE,
ATTORNEY GENERAL, U.S.
DEPARTMENT OF JUSTICE;

             Respondents,

## ORDER

Petitioner's Motion for Temporary Restraining Order (ECF No. 8) is DENIED. Petitioner

seeks to enjoin transfer outside of the Western District of Pennsylvania. Additionally, Petitioner

seeks to enjoin removal proceedings from the United States. This Court lacks authority to grant

the requested relief, as the places of detention for aliens pending removal is left to the discretion

of the Attorney General. 8 U.S.C. § 1231(g)(1). *See also Sinclair v. Atty Gen.*, 198 F. Appx 222

n.3 (3d Cir. 2006). Congress has "limited federal district courts' jurisdiction to review decisions

or actions made pursuant to the sound discretion of DHS officials[.]" *Jane v. Rodriguez*, No. CV

20-5922 (ES), 2020 WL 10140953, at *1 (D.N.J. May 22, 2020). 8 U.S.C. § 1252(a)(1)(B)(ii)

provides that "no court shall have jurisdiction to review any decision or action of the Attorney

1

General or the Secretary of Homeland Security the authority for which is specified under this subchapter to be in the discretion of the Attorney General or the Secretary of Homeland Security...." In *Khalil v. President, United States*, No. 25-2162, 2026 WL 111933, at *1 (3d Cir. Jan. 15, 2026), the Third Circuit held that the District Court lacks jurisdiction over any action or proceedings brought to remove an alien from the United States. Therefore, because the Court lacks jurisdiction to enjoin both transfer and removal proceedings, Petitioner's Motion for Temporary Restraining Order is DENIED.

BY THE COURT:

DATED: June 18, 2026

Marilyn J. Horan
United States District Judge